IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA DEWERF,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF WOOD RIVER, IL,<br><br>        Defendant. | Case No. 25-cv-906 JPG |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/22/2025**          MONICA A. STUMP, Clerk of Court

                                                                                    s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**